**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Diana Stokes-Bacon | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR(S) | : | CASE NO.:  17-13665 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 15, 2018</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  April 4, 2018                    /s/ Georgette Miller
                          Georgette Miller

                          Law Offices of Georgette Miller Esq., P.C
                          335 Evesham Avenue
                          Lawnside, NJ 08045
                          856-323-1100
                          Bar I.D. 86358
                          Attorney for Debtor

{00311537;v1}