**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:  Diana Stokes-Bacon** | : CHAPTER 13 |
| | : |
| **Debtor,** | : CASE NO. 17-13665 |

**CERTIFICATION OF NO RESPONSE**

      I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on <u>May 2, 2018</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor's Attorney Supplemental Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.


Dated: <u>May 22, 2018</u>                                            /s/ Georgette Miller
                                                               Georgette Miller

                                                                Law Offices of Georgette Miller Esq., P.C
                                                                335 Evesham Avenue
                                                                Lawnside, NJ 08045
                                                                856-323-1100
                                                                Bar I.D. 86358
                                                               Attorney for Debtor