## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Diana Stokes-Bacon                :          **Chapter 13**

                                         :

        **Debtor.**                             :

                                         :          **Bankruptcy No. 17-13665 JKF**

## O R D E R

**AND NOW, this _____ day of _____2018,** upon consideration of

the Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and

with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtors' Amended Chapter 13 Plan is **APPROVED**.

_____

**Date: May 30, 2018**

        **Honorable  Jean K. FitzSimon**