**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE: Diana Stokes-Bacon** | : | |
| | : | **BK. No. 17-13665** |
| | : | |
| **Debtor** | : | **Chapter No. 13** |
| | : | |


## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Modified Plan filed on May 3, 2018, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date.

I respectfully request that the Court enter the attached Order.


Dated:  May 30, 2018

/s/ Michelle Lee
Michelle Lee, Esq.
Law Offices of Georgette Miller, Esq.,P.C
119 S. Easton Rd
Glenside, PA 19038
Attorney for Debtors

{00318395;v1}