IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Diana Stokes-Bacon | : CHAPTER 13 |
| | : |
| Debtor, | : CASE NO. 17-13665 |

### ORDER

**AND Now,** upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1.850.00.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

BY THE COURT:

Dated: May 30, 2018

_____
Bankruptcy Judge
Judge Jean K. FitzSimon

Frederick Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19626

Office of US Trustee
Suite 500
833 Chestnut Street
Philadelphia, PA 19107

Diana Stokes-Bacon
906 69th Avenue
Philadelphia, PA 19126