IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Case No. 17-13665-jkf |
| Diana Stokes-Bacon, | : |
| | : Chapter 13 |
| Debtor. | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, the undersigned hereby appears as counsel for **U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust.** Pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, all other notices given or required to be given in this case be given to and served upon:

Jillian Nolan Snider, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
Phone: (412) 566-1212
FAX:  (412) 594-5619
Email: jsnider@tuckerlaw.com

The foregoing request includes without limitation, notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated:  2/13/19                                          TUCKER ARENSBERG, P.C.

/s/ *Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. # 202253
1500 One PPG Place
Pittsburgh, PA  15222
(412)- 566-1212
jsnider@tuckerlaw.com
*Counsel to US Bank Trust National Association*

TADMS:5098224-1 032787-186223

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | |
| | Case No. 17-13665-jkf |
| Diana Stokes-Bacon, | |
| | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Jillian Nolan Snider, of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, certify that on the 13th day of February, 2019, the Notice of Appearance and Request for Service of Papers filed in this proceeding was served on the following in the matter set forth below:

First class mail, postage prepaid:

Diana Stokes-Bacon
906 69th Avenue
Philadelphia, PA 19126

and, by ecf notification:

| | |
|---|---|
| Georgette Miller, Esq. | info@georgettemillerlaw.com |
| Scott Waterman, Trustee | ecfemails@ph13trustee.com |
| Office of the U.S. Trustee | ustpregion03.ph.ecf@usdoj.gov |

Executed: 2/13/19

/s/ *Jillian Nolan Snider*
Jillian Nolan Snider, Esquire
Pa. I.D. # 202253
1500 One PPG Place
Pittsburgh, PA  15222
(412)- 566-1212
jsnider@tuckerlaw.com
*Counsel to US Bank Trust National Association*

TADMS:5098224-1 032787-186223