| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-13665-AMC

DIANA STOKES-BACON  
906 69TH AVENUE  
PHILADELPHIA  PA    19126

Petition Filed Date: 05/25/2017  
341 Hearing Date: 07/28/2017  
Confirmation Date: 12/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $500.00 | 653768 | 03/04/2019 | $500.00 | 655150 | 04/02/2019 | $500.00 | 657395 |
| 05/07/2019 | $500.00 | 659545 | 05/14/2019 | $500.00 | 660485 | 05/24/2019 | $1,500.00 | Monthly Plan P |
| 07/09/2019 | $500.00 | Monthly Plan P | 12/09/2019 | $500.00 | | 01/06/2020 | $250.00 | |
| 01/21/2020 | $1,250.00 | 100006 | 01/24/2020 | ($1,250.00) | 100006 | 01/31/2020 | $1,250.00 | |
| 02/13/2020 | $500.00 | | 06/05/2020 | $1,000.00 | | 07/06/2020 | $1,000.00 | |
| 08/07/2020 | $500.00 | | | | | | | |

**Total Receipts for the Period:  $9,500.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $16,282.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | BSI FINANCIAL SERVICES INC<br>»» 07P | Mortgage Arrears | $762.91 | $333.41 | $429.50 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $426.08 | $0.00 | $426.08 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $569.64 | $0.00 | $569.64 |
| 4 | NAVIENT SOLUTIONS INC<br>»» 004 | Unsecured Creditors | $8,685.68 | $0.00 | $8,685.68 |
| 7 | BSI FINANCIAL SERVICES INC<br>»» 007 | Mortgage Arrears | $18,758.21 | $8,197.68 | $10,560.53 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $58.23 | $58.23 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $27.90 | $0.00 | $27.90 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $129.88 | $50.80 | $79.08 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $5,608.61 | $0.00 | $5,608.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $778.71 | $0.00 | $778.71 |
| 9 | GEORGETTE MILLER ESQ<br>»» 009 | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 10 | GEORGETTE MILLER ESQ<br>»» 010 | Attorney Fees | $1,850.00 | $1,850.00 | $0.00 |

**Chapter 13 Case No. 17-13665-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,282.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $14,365.12 | Arrearages: | $500.00 |
| Paid to Trustee: | $1,460.93 | Total Plan Base: | $27,956.00 |
| Funds on Hand: | $455.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.