| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-13665-AMC**

DIANA STOKES-BACON
906 69TH AVENUE
PHILADELPHIA  PA    19126

Petition Filed Date: 05/25/2017
341 Hearing Date: 07/28/2017
Confirmation Date: 12/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $250.00 | | 01/21/2020 | $1,250.00 | 100006 | 01/24/2020 | ($1,250.00) | 100006 |
| 01/31/2020 | $1,250.00 | | 02/13/2020 | $500.00 | | 06/05/2020 | $1,000.00 | |
| 07/06/2020 | $1,000.00 | | 08/07/2020 | $500.00 | | 10/30/2020 | $2,000.00 | |
| 02/04/2021 | $500.00 | | 04/05/2021 | $500.00 | | 04/15/2021 | $1,500.00 | |
| 04/29/2021 | $250.00 | | 05/13/2021 | $250.00 | | | | |

**Total Receipts for the Period:  $9,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,282.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | BSI FINANCIAL SERVICES INC<br>»» 07P | Mortgage Arrears | $762.91 | $531.11 | $231.80 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $426.08 | $0.00 | $426.08 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $569.64 | $0.00 | $569.64 |
| 4 | NAVIENT SOLUTIONS INC<br>»» 004 | Unsecured Creditors | $8,685.68 | $0.00 | $8,685.68 |
| 7 | BSI FINANCIAL SERVICES INC<br>»» 007 | Mortgage Arrears | $18,758.21 | $13,058.81 | $5,699.40 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $58.23 | $58.23 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $27.90 | $0.00 | $27.90 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $129.88 | $87.39 | $42.49 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $5,608.61 | $0.00 | $5,608.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $778.71 | $0.00 | $778.71 |
| 9 | **GEORGETTE MILLER ESQ**<br>»» 009 | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 10 | **GEORGETTE MILLER ESQ**<br>»» 010 | Attorney Fees | $1,850.00 | $1,850.00 | $0.00 |

**Chapter 13 Case No. 17-13665-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,282.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $19,460.54 | Arrearages: | $500.00 |
| Paid to Trustee: | $1,818.43 | Total Plan Base: | $27,956.00 |
| Funds on Hand: | $3.03 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.