**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Diana Stokes-Bacon, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 17-13665-AMC |

**AMENDED CERTIFICATE OF SERVICE**

  Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's 3rd Modified Plan thereof upon the following individuals listed below, by electronic means, email and/or first-class mail on 4/5/2022:

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Diana Stokes-Bacon
906 69th Avenue
Philadelphia, PA 19126

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                  Respectfully Submitted,

                  /s/ Michelle Lee
                   Michelle Lee, Esq.
                   Margolis Edelstein
            170 S Independence Mall W Ste 400E
                   Philadelphia, PA 19106