*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diana Stokes–Bacon
         Debtor(s)                               Case No: 17–13665–amc

                                                 Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 7/20/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA
19107

                                                 For The Court

Date:  6/15/22

                                                 Timothy B. McGrath
                                                 Clerk of Court