Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 17-13665-AMC**

DIANA STOKES-BACON  
906 69TH AVENUE  
PHILADELPHIA  PA    19126

Petition Filed Date: 05/25/2017  
341 Hearing Date: 07/28/2017  
Confirmation Date: 12/07/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $500.00 | | 04/15/2021 | $1,500.00 | | 04/29/2021 | $250.00 | |
| 05/13/2021 | $250.00 | | 06/10/2021 | $250.00 | | 11/08/2021 | $2,250.00 | |
| 12/09/2021 | $250.00 | | 05/04/2022 | $300.00 | | 07/12/2022 | $306.00 | |

**Total Receipts for the Period: $5,856.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $24,638.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | SN SERVICING CORPORATION »» 07P | Mortgage Arrears | $762.91 | $620.21 | $142.70 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $426.08 | $0.00 | $426.08 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $569.64 | $0.00 | $569.64 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES »» 004 | Unsecured Creditors | $8,685.68 | $0.00 | $8,685.68 |
| 7 | SN SERVICING CORPORATION »» 007 | Mortgage Arrears | $18,758.21 | $15,469.10 | $3,289.11 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $58.23 | $58.23 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $27.90 | $0.00 | $27.90 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $129.88 | $105.58 | $24.30 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $5,608.61 | $0.00 | $5,608.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $778.71 | $0.00 | $778.71 |
| 9 | **GEORGETTE MILLER ESQ** »» 009 | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 10 | **GEORGETTE MILLER ESQ** »» 010 | Attorney Fees | $1,850.00 | $1,850.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $2,275.00 | $0.00 | $2,275.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-13665-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,638.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $21,978.12 | Arrearages: | $294.00 |
| Paid to Trustee: | $2,091.91 | Total Plan Base: | $30,800.00 |
| Funds on Hand: | $567.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.