UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Diana Stokes-Bacon<br>aka Diana Stokes<br>Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust<br>Movant<br>v.<br><br>Diana Stokes-Bacon<br>aka Diana Stokes<br>SCOTT F. WATERMAN- Trustee<br>Respondents | Case No.: 17-13665-amc<br><br>Chapter: 13<br><br>Judge:  Ashely M. Chan |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust's Certification of Default is hereby APPROVED.

BY THE COURT:

**Date: September 13, 2022**

_____
Ashely M. Chan, Bankruptcy Judge