UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Diana Stokes-Bacon<br>*aka Diana Stokes*<br>Debtor | Case No.: 17-13665-amc<br><br>Chapter: 13 |
| U.S. Bank Trust National Association<br>as Trustee of the Tiki Series III Trust<br>Movant<br>v. | Judge: Ashely M. Chan |
| Scott F. Waterman - Trustee<br>Respondents | |

## PRAECIPE TO WITHDRAW

TO THE CLERK:

Kindly withdraw the Proof of Claim (Claim No. 9-1) filed by U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust on March 21, 2023.

Dated: March 28, 2023

By:  /s/  *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Diana Stokes-Bacon<br>              *aka Diana Stokes*<br>                   Debtor | Case No.: 17-13665-amc |
| | Chapter: 13 |
| U.S. Bank Trust National Association<br>as Trustee of the Tiki Series III Trust<br>             Movant<br>v. | Judge: Ashely M. Chan |
| Scott F. Waterman - Trustee<br>         Respondents | |

## CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 28, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: March 28, 2023

By: _/s/ *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

**Service by NEF**

Georgette Miller
Dilworth Paxson LLP
1500 Market Street
Suite 3500e
Phildelphia, PA 19102
***Debtor's Attorney***

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
***Trustee***

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
***U.S. Trustee***

**Service by First-Class Mail**

Diana Stokes-Bacon
906 69th avenue
Philadelphia, PA 19126
***Debtor***