**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Diana Stokes-Bacon** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 17-13665** |

## O R D E R

**AND NOW, this _____ day of _____, 2023,** upon consideration of the

Debtors' Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the

consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtors' Amended Chapter 13 Plan is **APPROVED**.

**Date: March 29, 2023**                    _____

          1.                                      **Honorable Judge Ashely M. Chan**