| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 17-13665-AMC

DIANA STOKES-BACON
906 69TH AVENUE
PHILADELPHIA  PA    19126

Petition Filed Date: 05/25/2017
341 Hearing Date: 07/28/2017
Confirmation Date: 12/07/2017

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/01/2022 | $300.00 | | 09/15/2022 | $300.00 | | 10/14/2022 | $150.00 | |
| 10/27/2022 | $150.00 | | 11/10/2022 | $150.00 | | 11/28/2022 | $150.00 | |
| 03/01/2023 | $500.00 | | 03/15/2023 | $500.00 | | 03/29/2023 | $500.00 | |
| 04/26/2023 | $500.00 | | 06/08/2023 | $500.00 | | 07/07/2023 | $1,255.00 | |

**Total Receipts for the Period: $4,955.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,293.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | SN SERVICING CORPORATION<br>»» 07P | Secured Creditors | $7,267.78 | $1,108.54 | $6,159.24 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $426.08 | $0.00 | $426.08 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $569.64 | $0.00 | $569.64 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 004 | Unsecured Creditors | $8,685.68 | $0.00 | $8,685.68 |
| 7 | SN SERVICING CORPORATION<br>»» 007 | Mortgage Arrears | $18,758.21 | $15,706.62 | $3,051.59 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $58.23 | $58.23 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $27.90 | $0.00 | $27.90 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $129.88 | $105.58 | $24.30 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $5,608.61 | $0.00 | $5,608.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $778.71 | $0.00 | $778.71 |
| 9 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20**<br>»» 009 | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 10 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20**<br>»» 010 | Attorney Fees | $1,850.00 | $1,850.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $2,275.00 | $0.00 | $2,275.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 9 | SN SERVICING CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $2,100.00 | $0.00 | $2,100.00 |

**Chapter 13 Case No. 17-13665-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,293.00 | Current Monthly Payment: | $1,251.10 |
| Paid to Claims: | $22,703.97 | Arrearages: | $47.20 |
| Paid to Trustee: | $2,573.86 | Total Plan Base: | $40,349.00 |
| Funds on Hand: | $5,015.17 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.