Certificate Number: 15317-PAE-DE-038263293

Bankruptcy Case Number: 17-13665



15317-PAE-DE-038263293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 10, 2024</u>, at <u>4:46</u> o'clock <u>AM PDT</u>, <u>Diana Stokes</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 10, 2024</u>            By:     <u>/s/Jerry Fajardo</u>

Name:  <u>Jerry Fajardo</u>

Title:   <u>Counselor</u>