UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
DIANA STOKES-BACON                              :         Chapter 13
                                                :
                        Debtor                  :         Case No. 17-13665-amc
                                                :

## PRAECIPE

Please withdraw the Trustee's Motion for Alternative Disbursement filed on or

about February 22, 2024 at docket entry number 120 in the above referenced case.

Respectfully submitted,

Date: March 12, 2024                            */s/ Ann E. Swartz*_____
                                                Ann E. Swartz, Esq.
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee