United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13665-amc |
| Diana Stokes-Bacon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 15, 2024 | Form ID: 167 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Stokes-Bacon, 906 69th avenue, Philadelphia, PA 19126-2909 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 13924362 | + | Abington Hematology Oncology Associates, 2500 Maryland Rd, Ste 312, Willow Grove, PA 19090-1224 |
| 14273316 | + | U.S. Bank Trust NA, c/o Jillian Nolan Snider, Esq., Tucker Arensberg PC, 1500 One PPG Place, Pitts., PA 15222-5413 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bsifinancial.com | Mar 16 2024 00:32:00 | BSI Financial Services, Inc., 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| cr | ^ | MEBN | Mar 16 2024 00:29:58 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden CIty, NY 11530-1631 |
| 14300626 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 16 2024 00:32:00 | BSI Financial Services, c/o Raymond Valderrama, 1425 Greenway Dr., Ste. 400, Irving, TX 75038-2480 |
| 14550699 | ^ | MEBN | Mar 16 2024 00:30:22 | BSI Financial Srvs., c/o FRIEDMAN VARTOLO, LLP, Attorneys for BSI Financial Services, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14008389 | | Email/Text: megan.harper@phila.gov | Mar 16 2024 00:32:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13924363 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2024 00:34:27 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13924364 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 16 2024 00:45:24 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13924365 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Mar 16 2024 00:32:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 13984041 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2024 00:34:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13984039 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2024 00:45:07 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13993350 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2024 00:32:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 15, 2024 | Form ID: 167 | Total Noticed: 23

| 13924366 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Mar 16 2024 00:32:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13986683 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Mar 16 2024 00:45:15 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13987182 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 16 2024 00:45:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13973062 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Mar 16 2024 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13924367 | + Email/Text: bkdepartment@rtresolutions.com | | |
| | | Mar 16 2024 00:32:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 14172927 | + Email/Text: bankruptcy@bsifinancial.com | | |
| | | Mar 16 2024 00:32:00 | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14619807 | ^ MEBN | | |
| | | Mar 16 2024 00:30:06 | U.S. Bank Trust National Association as Trustee, of the Tiki Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13924368 | + Email/Text: External.Collections@phoenix.edu | | |
| | | Mar 16 2024 00:32:00 | University Of Phoenix, 1625 W Fountainhead Pkwy, Tempe, AZ 85282-2371 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Tiki Series III Trust jsnider@fbtlaw.com, rmccartney@fbtlaw.com |

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: Mar 15, 2024                          Form ID: 167                                  Total Noticed: 23

KEVIN G. MCDONALD
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series
III Trust bkecf@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Tiki Series III Trust bkecf@friedmanvartolo.com

MATTEO SAMUEL WEINER
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

MICHELLE LEE
    on behalf of Debtor Diana Stokes-Bacon bky@dilworthlaw.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

ROGER FAY
    on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III
Trust rfay@alaw.net  bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

***UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Diana Stokes−Bacon

        Debtor(s)

Case No: 17−13665−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Application for Compensation

on: 4/24/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/15/24

Timothy B. McGrath
Clerk of Court

129 − 128
Form 167