| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 17-13665-AMC

DIANA STOKES-BACON  
906 69TH AVENUE  
PHILADELPHIA  PA    19126

Petition Filed Date: 05/25/2017  
341 Hearing Date: 07/28/2017  
Confirmation Date: 12/07/2017

Case Status: Completed on 8/13/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $700.00 | | 08/21/2023 | $700.00 | | 09/01/2023 | $700.00 | |
| 09/28/2023 | $700.00 | | 10/26/2023 | $700.00 | | 11/27/2023 | $1,000.00 | |
| 12/07/2023 | $1,000.00 | | 12/21/2023 | $1,505.00 | | 02/01/2024 | $1,800.00 | |
| 02/29/2024 | $1,951.00 | | | | | | | |

**Total Receipts for the Period:  $10,756.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $40,349.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | SN SERVICING CORPORATION »» 07P | Secured Creditors | $7,267.78 | $7,267.78 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $426.08 | $12.60 | $413.48 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $569.64 | $16.86 | $552.78 |
| 4 | AIDVANTAGE on behalf of DEPT OF ED »» 004 | Unsecured Creditors | $8,685.68 | $257.09 | $8,428.59 |
| 7 | SN SERVICING CORPORATION »» 007 | Mortgage Arrears | $18,758.21 | $18,758.21 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $58.23 | $58.23 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $27.90 | $0.83 | $27.07 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $129.88 | $129.88 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $5,608.61 | $166.01 | $5,442.60 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $778.71 | $23.05 | $755.66 |
| 9 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20** »» 009 | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 10 | **GEORGETTE MILLER ESQ-TAX LEVY  11/9/20** »» 010 | Attorney Fees | $1,850.00 | $1,850.00 | $0.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $2,275.00 | $2,275.00 | $0.00 |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 9 | SN SERVICING CORPORATION »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $2,100.00 | $2,100.00 | $0.00 |

**Chapter 13 Case No. 17-13665-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 11 | FREEDOM CREDIT UNION | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | ABINGTON HEMATOLOGY ONCOLOGY ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | FREEDOM CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | REAL TIME RESOLUTIONS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | UNIVERSITY OF PHEONIX | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,349.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $36,790.54 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,558.46 | Total Plan Base: | $40,349.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.