United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13665-amc |
| Diana Stokes-Bacon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 30, 2024 | Form ID: 206 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Stokes-Bacon, 906 69th avenue, Philadelphia, PA 19126-2909 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 13924362 | + | Abington Hematology Oncology Associates, 2500 Maryland Rd, Ste 312, Willow Grove, PA 19090-1224 |
| 14273316 | + | U.S. Bank Trust NA, c/o Jillian Nolan Snider, Esq., Tucker Arensberg PC, 1500 One PPG Place, Pitts., PA 15222-5413 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bsifinancial.com | Oct 31 2024 00:02:00 | BSI Financial Services, Inc., 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| cr | ^ | MEBN | Oct 30 2024 23:54:27 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden CIty, NY 11530-1631 |
| 14300626 | + | Email/Text: bankruptcy@bsifinancial.com | Oct 31 2024 00:02:00 | BSI Financial Services, c/o Raymond Valderrama, 1425 Greenway Dr., Ste. 400, Irving, TX 75038-2480 |
| 14550699 | ^ | MEBN | Oct 30 2024 23:54:27 | BSI Financial Srvs., c/o FRIEDMAN VARTOLO, LLP, Attorneys for BSI Financial Services, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14008389 | | Email/Text: megan.harper@phila.gov | Oct 31 2024 00:02:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13924363 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2024 00:06:06 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13924364 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 31 2024 00:29:31 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13924365 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 31 2024 00:02:00 | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 13984041 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2024 00:05:26 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13984039 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2024 00:18:03 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13993350 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 31 2024 00:02:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |

| 13924366 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Oct 31 2024 00:02:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13986683 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Oct 31 2024 00:05:26 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13987182 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Oct 31 2024 00:18:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13973062 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Oct 31 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13924367 | + Email/Text: bkdepartment@rtresolutions.com | | |
| | | Oct 31 2024 00:02:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 14172927 | + Email/Text: bankruptcy@bsifinancial.com | | |
| | | Oct 31 2024 00:02:00 | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14619807 | ^ MEBN | | |
| | | Oct 30 2024 23:54:19 | U.S. Bank Trust National Association as Trustee, of the Tiki Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13924368 | + Email/Text: External.Collections@phoenix.edu | | |
| | | Oct 31 2024 00:03:00 | University Of Phoenix, 1625 W Fountainhead Pkwy, Tempe, AZ 85282-2371 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Tiki Series III Trust jsnider@fbtlaw.com, rmccartney@fbtlaw.com |

KEVIN G. MCDONALD
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

LAUREN MOYER
                    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series
                    III Trust bkecf@friedmanvartolo.com

LAUREN MOYER
                    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Tiki Series III Trust bkecf@friedmanvartolo.com

MATTEO SAMUEL WEINER
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com

MICHELLE LEE
                    on behalf of Debtor Diana Stokes-Bacon bky@dilworthlaw.com

POLLY A. LANGDON
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

ROGER FAY
                    on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series III
                    Trust rfay@alaw.net  bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Diana Stokes−Bacon                                    Case No: 17−13665−amc

     Debtor(s)

---

***NOTICE OF CHAPTER 13 CASE CLOSED***
***WITHOUT DISCHARGE***

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

For The Court

Dated: 10/30/24

Timothy B. McGrath
Clerk of Court

156
Form 206